1  DELFINO MADDEN O'MALLEY
   COYLE & KOEWLER LLP
2  MONICA FOLSOM (SBN 227379)
   500 Capitol Mall, Suite 1550
3  Sacramento, CA  95814
   Telephone:   (916) 661-5700
4  Facsimile:   (916) 661-5701
   mfolsom@delfinomadden.com
5
   Attorneys for Defendants
6  THE FELLOWSHIP OF FRIENDS, INC. and
   RENAISSANCE VINEYARD AND WINERY, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | SCOTTSDALE INSURANCE COMPANY, | CASE NO.  2:25-cv-01765-DJC-AC |
|---|---|
| Plaintiff, | |
| v. | Complaint Filed: June 24, 2025<br>Trial Date: Not Yet Set |
| THE FELLOWSHIP OF FRIENDS, INC., RENAISSANCE VINEYARD AND WINERY, INC., ROBERT BURTON, and defendants sued by their pseudonyms: JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 5, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, JOHN ROE 11, JOHN ROE 12, and DOES 1-100, | **THIRD JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants THE FELLOWSHIP OF FRIENDS ("FOF") and RENAISSANCE VINEYARD AND WINERY, INC. ("Renaissance") (collectively, "Defendants"), subject to approval of the Court, be granted an additional extension of time to respond to Plaintiff SCOTTSDALE INSURANCE COMPANY's ("Plaintiff") (together with Defendants, the "Parties") Complaint filed in this action in light of the following:

The Parties previously stipulated to an initial fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 13, 2025. *See* Dkt. No. 11. The Parties thereafter stipulated to an additional fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 27, 2025.

The Parties have been actively engaged in settlement discussions and need additional time to explore resolution without unnecessarily expending the Court and the Parties' time and resources on litigation.

The Parties agree and stipulate, subject to approval of the Court, that the time for Defendants to respond to Plaintiff's Complaint be extended by an additional thirty (30) days, pursuant to Local Rule 144, to allow the Parties to continue to explore settlement and avoid the unnecessary expenditure of resources on litigation. This stipulation, if approved, would extend the deadline for a responsive pleading in the above-captioned matter from October 27, 2025 to November 26, 2025.

The Parties appreciate the Court's patience in this matter.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED: October 27, 2025 | SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP |

By: */s/ Wendy M. Schenk (as authorized on 10/27/25)*
SHERYL W. LEICHENGER
WENDY M. SCHENK
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

DATED: October 27, 2025         DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: */s/ Monica Folsom*
MONICA FOLSOM
Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

## ORDER

Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued from October 27, 2025 to November 26, 2025.

**IT IS SO ORDERED.**

Dated: October 27, 2025         /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE