Wendy M. Schenk (SBN CA 177397)
wschenk@selmanlaw.com
SELMAN LEI CHEN GER EDSON
HSU NEWMAN & MOORE LLP
33 New Montgomery, Suite 1850
San Francisco, CA 94105
Telephone: 415.979.0400

Sheryl W. Leichenger (SBN CA 161688)
sleichenger@selmanlaw.com
SELMAN LEI CHEN GER EDSON
HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

JASON P. AMALA, State Bar No. 355189
PFAU COCHRAN VERTETIS AMALA PLLC
701 Fifth Ave., Ste. 4300
Seattle, WA 98104
T: 206.451.8260
F: 206.623.3624
E: *jason@pcvalaw.com*

Attorney for Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE FELLOWSHIP OF FRIENDS, INC., RENAISSANCE VINEYARD AND WINERY, INC., ROBERT BURTON, and defendants sued by their pseudonyms: JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 5, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, JOHN ROE 11, JOHN ROE 12, and DOES 1-100, DEFENDANTS. | Case No.:   2:25-cv-01765-DJC-AC<br><br>**STIPULATION TO VACATE DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144); ORDER**<br><br>Complaint Filed: June 24, 2025<br>Current Response Date for JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12: November 17, 2025<br>New Response Date: December 15, 2025 |

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

Pursuant to Civil Local Rule 144(a), Plaintiff Scottsdale Insurance Company ("Plaintiff") and Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff's Original Complaint was filed on June 24, 2025 [Dkt. No. 1];

WHEREAS, Defendant JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 returned their Waiver of Service and Summons form on September 19, 2025 [Dkt. No. 10], and the deadline to respond to the complaint was November 17, 2025;

WHEREAS, the Plaintiff filed Requests for Entry of Default as to Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 [Dkt. Nos. 17-26];

WHEREAS, the Clerk entered default against Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 on November 21, 2025 [Dkt. No. 28];

WHEREAS, Jason Amala filed his Notice of Appearance in this matter on November 21, 2025 [Dkt. No. 29];

WHEREAS, the parties agree there is good cause to vacate the entry of Default as to Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 [Dkt. No. 28];

WHEREAS, Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 have not previously sought an extension of time;

WHEREAS, the Plaintiff agrees that Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE

PFAU COCHRAN VERTETIS AMALA PLLC
701 Fifth Avenue., Suite 4300
Seattle, WA 98104
Telephone: (206) 451-8260

3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12 may have an extension of time to respond to Plaintiff's Complaint by an additional 28 days, through and including December 15, 2025, consistent with Local Rule 144;

WHEREFORE, by entering into this stipulation, the Defendants do not waive, and specifically preserve, any and all defenses they have available under the Federal Rules of Civil Procedure and any other applicable rules or law.

**IT IS SO STIPULATED.**

Dated this 21st day of November, 2025.

*/s/ Wendy M. Schenk*
Wendy M. Schenk (SBN CA 177397)
wschenk@selmanlaw.com
SELMAN LEI CHEN GER EDSON
HSU NEWMAN & MOORE LLP
33 New Montgomery, Suite 1850
San Francisco, CA 94105
Telephone: 415.979.0400

Sheryl W. Leichenger (SBN CA 161688)
sleichenger@selmanlaw.com
SELMAN LEI CHEN GER EDSON
HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

Dated this 21st day of November, 2025.

PFAU COCHRAN VERTETIS AMALA, PLLC

*/s/ Jason P. Amala*
Jason P. Amala

Attorney for Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

PFAU COCHRAN VERTETIS AMALA PLLC
701 Fifth Avenue., Suite 4300
Seattle, WA 98104
Telephone: (206) 451-8260

# ORDER

Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

The Entry of Default as to Defendants JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, and JOHN ROE 12, entered November 11, 2025 [Dkt. No. 28] is vacated.

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued December 15, 2025.

**IT IS SO ORDERED.**

Dated: November 21, 2025                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)

**PFAU COCHRAN VERTETIS AMALA PLLC**
701 Fifth Avenue, Suite 4300
Seattle, WA 98104
Telephone: (206) 451-8260