1  DELFINO MADDEN O'MALLEY
   COYLE & KOEWLER LLP
2  MONICA FOLSOM (SBN 227379)
   500 Capitol Mall, Suite 1550
3  Sacramento, CA 95814
   Telephone:    (916) 661-5700
4  Facsimile:    (916) 661-5701
   mfolsom@delfinomadden.com
5
   Attorneys for Defendants
6  THE FELLOWSHIP OF FRIENDS, INC. and
   RENAISSANCE VINEYARD AND WINERY, INC.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  SCOTTSDALE INSURANCE COMPANY,          CASE NO.  2:25-cv-01765-DJC-AC

12           Plaintiff,
                                           Complaint Filed: June 24, 2025
13      v.                                 Trial Date: Not Yet Set

14  THE FELLOWSHIP OF FRIENDS, INC.,
    RENAISSANCE VINEYARD AND
15  WINERY, INC., ROBERT BURTON, and       **FOURTH JOINT STIPULATION FOR
    defendants sued by their pseudonyms:   EXTENSION OF TIME TO RESPOND TO
16  JOHN ROE 1, JOHN ROE 2, JOHN ROE 3,    COMPLAINT PURSUANT TO LOCAL
    JOHN ROE 4, JOHN ROE 5, JOHN ROE 6,    RULE 144; ORDER**
17  JOHN ROE 7, JOHN ROE 8, JOHN ROE 9,
    JOHN ROE 10, JOHN ROE 11, JOHN ROE
18  12, and DOES 1-100,

19           Defendants.

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants THE FELLOWSHIP OF FRIENDS ("FOF") and RENAISSANCE VINEYARD AND WINERY, INC. ("Renaissance") (collectively, "Defendants"), subject to approval of the Court, be granted an additional extension of time to respond to Plaintiff SCOTTSDALE INSURANCE COMPANY's ("Plaintiff") (together with Defendants, the "Parties") Complaint filed in this action in light of the following:

The Parties previously stipulated to an initial fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 13, 2025. *See* Dkt. No. 11. The Parties thereafter stipulated to an additional fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 27, 2025. *See* Dkt. No. 14. The Parties subsequently sought, and obtained, Court approval for an additional thirty (30) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint November 26, 2025. *See* Dkt Nos. 15-16.

The Parties continue to actively engage in settlement discussions and need additional time to explore resolution without unnecessarily expending the Court and the Parties' time and resources on litigation. Additionally, counsel for Defendants John Roe Nos. 1,2, 3, 4, 6, 7, 8, 9, 10 & 12 only recently appeared in this case on November 21, 2025, and their responsive pleadings are not due until December 15, 2025.

The Parties therefore agree and stipulate, subject to further approval of the Court, that the time for Defendants to respond to Plaintiff's Complaint be extended by an additional twenty-eight (28) days, pursuant to Local Rule 144, to allow the Parties to continue to explore settlement and avoid the unnecessary expenditure of resources on litigation. This stipulation, if approved, would extend the deadline for a responsive pleading in the above-captioned matter from November 26, 2025 to December 24, 2025.

The Parties appreciate the Court's patience in this matter.

///

FOURTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

1     DATED: November 25, 2025     SELMAN LEICHENGER EDSON HSU NEWMAN
2                                   MOORE LLP

3

4                              By: */s/ Wendy M. Schenk (as authorized on 11/25/25)*
                                     SHERYL W. LEICHENGER
5                                       WENDY M. SCHENK
                                     Attorneys for Plaintiff
6                                       SCOTTSDALE INSURANCE COMPANY

7

8     DATED: November 26, 2025     DELFINO MADDEN O'MALLEY COYLE &
                                   KOEWLER LLP

9

10                             By: */s/ Monica Folsom*
11                                      MONICA FOLSOM
                                     Attorneys for Defendants
12                                      THE FELLOWSHIP OF FRIENDS, INC. and
                                     RENAISSANCE VINEYARD AND WINERY,
13                                                INC.

14

15

16

17                                **ORDER**

18        Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS

HEREBY ORDERED that:

19        Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued

20 from November 26, 2025 to December 24, 2025.

21        **IT IS SO ORDERED.**

22

23 Dated:  November 26, 2025          /s/ Daniel J. Calabretta
24                                 THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE
25

26

27

28