1  DELFINO MADDEN O'MALLEY
   COYLE & KOEWLER LLP
2  MONICA FOLSOM (SBN 227379)
   500 Capitol Mall, Suite 1550
3  Sacramento, CA  95814
   Telephone:    (916) 661-5700
4  Facsimile:     (916) 661-5701
   mfolsom@delfinomadden.com
5
   Attorneys for Defendants
6  THE FELLOWSHIP OF FRIENDS, INC. and
   RENAISSANCE VINEYARD AND WINERY, INC.
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | SCOTTSDALE INSURANCE COMPANY, | CASE NO.  2:25-cv-01765-DJC-AC |
   |---|---|
12 | Plaintiff, | |
   | | Complaint Filed: June 24, 2025 |
13 | v. | Trial Date: Not Yet Set |
14 | THE FELLOWSHIP OF FRIENDS, INC., RENAISSANCE VINEYARD AND WINERY, INC., ROBERT BURTON, and defendants sued by their pseudonyms: JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 5, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, JOHN ROE 11, JOHN ROE 12, and DOES 1-100, | **SIXTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER** |
   | Defendants. | |

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants THE FELLOWSHIP OF FRIENDS ("FOF") and RENAISSANCE VINEYARD AND WINERY, INC. ("Renaissance") (collectively, "Defendants"), subject to approval of the Court, be granted an additional extension of time to respond to Plaintiff SCOTTSDALE INSURANCE COMPANY's ("Plaintiff") (together with Defendants, the "Parties") Complaint filed in this action in light of the following:

The Parties previously stipulated to an initial fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 13, 2025. *See* Dkt. No. 11. The Parties thereafter stipulated to an additional fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 27, 2025. *See* Dkt. No. 14. The Parties subsequently sought, and obtained, Court approval for an additional thirty (30) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint November 26, 2025. *See* Dkt. Nos. 15-16. As negotiations continued, the Parties subsequently sought, and obtained, Court approval for an additional twenty-eight (28) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint December 24, 2025. *See* Dkt. Nos. 32-33. Thereafter, in light of continued negotiations, the Parties sought, and obtained, Court approval for an additional sixty (60) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint February 22, 2026, a Sunday, making the deadline to respond February 23, 2026. *See* Dkt. Nos. 36-37.

The Parties continue to actively engage in settlement discussions and need additional time to explore resolution without unnecessarily expending the Court and the Parties' time and resources on litigation. The timing of these settlement discussions have been affected by the Parties' recordkeeping and attempts to locate policy-related documents dating back to 2005.

The Parties therefore agree and stipulate, subject to further approval of the Court, that the time for Defendants to respond to Plaintiff's Complaint be extended by an additional sixty (60)

Case 2:25-cv-01765-DJC-AC    Document 39    Filed 02/23/26    Page 3 of 4

1  days, pursuant to Local Rule 144, to allow the Parties to continue to explore settlement and avoid
2  the unnecessary expenditure of resources on litigation. This stipulation, if approved, would extend
3  the deadline for a responsive pleading in the above-captioned matter to April 23, 2026.
4      The Parties appreciate the Court's patience in this matter.

DATED: February 23, 2026                    SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP


By: */s/ Wendy M. Schenk (as authorized on 2/23/26)*
SHERYL W. LEICHENGER
WENDY M. SCHENK
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY


DATED: February 23, 2026                    DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP


By: */s/ Monica Folsom*
MONICA FOLSOM
Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

2
SIXTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

**ORDER**

Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued from February 23, 2026 to April 23, 2026.

**IT IS SO ORDERED.**

Dated: February 23, 2026            /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE