FOLSOM JACKSON O'MALLEY LLP
MONICA FOLSOM (SBN 227379)
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:     (916) 661-5700
Facsimile:     (916) 661-5701
mfolsom@folsomjackson.com

Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>THE FELLOWSHIP OF FRIENDS, INC., RENAISSANCE VINEYARD AND WINERY, INC., ROBERT BURTON, and defendants sued by their pseudonyms: JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 5, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, JOHN ROE 11, JOHN ROE 12, and DOES 1-100,<br><br>             Defendants. | CASE NO.  2:25-cv-01765-DJC-AC<br><br>Complaint Filed: June 24, 2025<br>Trial Date: Not Yet Set<br><br>**SEVENTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144; ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendants THE FELLOWSHIP OF FRIENDS ("FOF") and RENAISSANCE VINEYARD AND WINERY, INC. ("Renaissance") (collectively, "Defendants"), subject to approval of the Court, be granted an additional extension of time to respond to Plaintiff SCOTTSDALE INSURANCE COMPANY's ("Plaintiff") (together with Defendants, the "Parties") Complaint filed in this action in light of the following:

The Parties previously stipulated to an initial fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 13, 2025. *See* Dkt. No. 11. The Parties thereafter stipulated to an additional fourteen (14) day extension of time for Defendants to respond to the Complaint pursuant to Local Rule 144(a), making Defendants' deadline to respond to Plaintiff's Complaint October 27, 2025. *See* Dkt. No. 14. The Parties subsequently sought, and obtained, Court approval for an additional thirty (30) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint November 26, 2025. *See* Dkt. Nos. 15-16. As negotiations continued, the Parties subsequently sought, and obtained, Court approval for an additional twenty-eight (28) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint December 24, 2025. *See* Dkt. Nos. 32-33. Based on continued and ongoing negotiations, the Parties sought, and obtained, Court approval for an additional sixty (60) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint February 22, 2026, a Sunday, making the deadline to respond February 23, 2026. *See* Dkt. Nos. 36-37. Thereafter, in light of their ongoing settlement discussions, the Parties sought, and obtained, Court approval for a subsequent sixty (60) day extension of time under Local Rule 144 for Defendants to respond to the Complaint, making Defendants' deadline to respond to Plaintiff's Complaint April 23, 2026.

The Parties continue to actively engage in settlement discussions and need additional time to explore resolution without unnecessarily expending the Court and the Parties' time and resources on litigation. The timing of these settlement discussions have been affected by the Parties'

SEVENTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER

recordkeeping and attempts to locate policy-related documents dating back to 2005 as well as defense counsel's trial schedule.

The Parties therefore agree and stipulate, subject to further approval of the Court, that the time for Defendants to respond to Plaintiff's Complaint be extended by an additional thirty (30) days, pursuant to Local Rule 144, to allow the Parties to continue to explore settlement and avoid the unnecessary expenditure of resources on litigation. This stipulation, if approved, would extend the deadline for a responsive pleading in the above-captioned matter to May 23, 2026.

The Parties appreciate the Court's patience in this matter.

DATED: April 23, 2026            SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP


By: */s/ Wendy M. Schenk (as authorized on 4/23/26)*
SHERYL W. LEICHENGER
WENDY M. SCHENK
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY


DATED: April 23, 2026            FOLSOM JACKSON O'MALLEY LLP


By: */s/ Monica Folsom*
MONICA FOLSOM
Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY,
INC.

2

## ORDER

Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued from April 23, 2026 to May 23, 2026.

**IT IS SO ORDERED.**

Dated:  April 23, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

SEVENTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER