FOLSOM JACKSON O'MALLEY LLP
MONICA FOLSOM (SBN 227379)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone: (916) 661-5700
Facsimile: (916) 661-5701
mfolsom@folsomjackson.com

Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No.:   2:25-cv-01765-DJC-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING EIGHTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144** |
| THE FELLOWSHIP OF FRIENDS, INC., ET AL., | |
| Defendants. | |

Pursuant to the joint stipulation of the Parties, and good cause having been shown, IT IS HEREBY ORDERED that:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is continued from May 23, 2026 to July 22, 2026.  The Court will contemplate no further requests for extension of time.

**IT IS SO ORDERED.**

Dated:  May 22, 2026               /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING EIGHTH JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO
COMPLAINT PURSUANT TO LOCAL RULE 144