FOLSOM JACKSON O'MALLEY LLP
MONICA FOLSOM (SBN 227379)
500 Capitol Mall, Suite 1550
Sacramento, CA 95814
Telephone: (916) 661-5700
Facsimile: (916) 661-5701
mfolsom@folsomjackson.com

Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

Wendy M. Schenk (SBN CA 177397)
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
33 New Montgomery, Suite 1850
San Francisco, CA 94105
Telephone: (415) 979-0400
wschenk@selmanlaw.com

Sheryl W. Leichenger (SBN CA 161688)
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: (310) 445-0800
sleichenger@selmanlaw.com

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE FELLOWSHIP OF FRIENDS, INC., ET AL.,<br><br>Defendants. | Case No.: 2:25-cv-01765-DJC-AC<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates as to Defendants The Fellowship of Friends, Inc. and Renaissance Vineyard and Winery, Inc., with the expectation that a Joint Stipulation for Dismissal of the Complaint with prejudice as set forth in the Joint Notice of Settlement will be filed within sixty (60) days.

Dated: July 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE