Wendy M. Schenk (SBN CA 177397)
wschenk@selmanlaw.com
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
33 New Montgomery, Suite 1850
San Francisco, CA 94105
Telephone: 415.979.0400

Sheryl W. Leichenger (SBN CA 161688)
sleichenger@selmanlaw.com
SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE FELLOWSHIP OF FRIENDS, INC., RENAISSANCE VINEYARD AND WINERY, INC., ROBERT BURTON, and defendants sued by their pseudonyms: JOHN ROE 1, JOHN ROE 2, JOHN ROE 3, JOHN ROE 4, JOHN ROE 5, JOHN ROE 6, JOHN ROE 7, JOHN ROE 8, JOHN ROE 9, JOHN ROE 10, JOHN ROE 11, JOHN ROE 12, and DOES 1-100,<br><br>Defendants. | Case No. 2:25-cv-01765-DJC-AC<br><br>JOINT STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE |

Scottsdale Insurance Company ("Plaintiff") and Defendants, The Fellowship of Friends, Inc., Renaissance Vineyard and Winery, John Roe 1, John Roe 2, John Roe 3, John Roe 4, John Roe 6, John Roe 7, John Roe 8, John Roe 9, John Roe 10, and John Roe 12 (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that Plaintiff's Complaint against Defendants, The Fellowship of Friends, Inc., Renaissance Vineyard and Winery, John Roe 1, John Roe 2, John Roe 3, John Roe 4, John Roe 6, John Roe 7, John Roe 8, John Roe 9, John Roe 10, and



380 106583 4927-3806-3831 .v4

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

John Roe 12, be dismissed with prejudice pursuant to Fed. R. Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED**:

DATED: October 27, 2026

FOLSOM JACKSON

By: /s/ Monica Folsom (*as authorized on 10-27-26* )
MONICA FOLSOM
Attorneys for Defendants
THE FELLOWSHIP OF FRIENDS, INC. and
RENAISSANCE VINEYARD AND WINERY, INC.

DATED: October 27, 2026

PFAU COCHRAN VERTETIS AMALA PLLC

By: /s/ Jason P. Amala (*as authorized on* 10/27/26)
JASON P. AMALA
CAROLINE GOLSHAN
Attorneys for Defendants
JOHN ROE 1, JOHN ROE 2, JOHN ROE 3
JOHN ROE 4, JOHN ROE 6, JOHN ROE 7
JOHN ROE 8, JOHN ROE 9, JOHN ROE 10
AND JOHN ROE 12

DATED: October 27, 2026

SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP

By: /s/ Wendy M. Schenk
WENDY M. SCHENK
Attorneys for Plaintiff
SCOTTSDALE INSURANCE COMPANY

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

**ORDER**

Pursuant to the parties' stipulation and good cause appearing therefor, Plaintiff's Complaint filed against the Defendants, The Fellowship of Friends, Inc., Renaissance Vineyard and Winery, John Roe 1, John Roe 2, John Roe 3, John Roe 4, John Roe 6, John Roe 7, John Roe 8, John Roe 9, John Roe 10, and John Roe 12, is hereby dismissed with prejudice pursuant to Fed. R. Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 27, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE